UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| DALLAS JAY STEWART, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | NO. 1:16-cv-00081 |
| | ) | CHIEF JUDGE CRENSHAW |
| TAMMY FORD, | ) | |
| Respondent. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 28), to which Plaintiff did not object. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, the Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**. The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2) (2012).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE